UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JONATHAN NETTLES,

        Plaintiff,                         Case No. 1:22-cv-10535

v.                                         Honorable Thomas L. Ludington
                                            United States District Judge
TAMMY BRUNO, *et al.*,

                                            Honorable Patricia T. Morris
        Defendants.                 United States Magistrate Judge
_____/

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S COMPLAINT IN PART**

This matter is before this Court on Magistrate Judge Patricia T. Morris's Report and Recommendation ("R&R") to *sua sponte* dismiss Plaintiff's Complaint in part. ECF No. 7. Although the R&R states that Plaintiff could object to and seek review of the recommendation within 14 days of service, Plaintiff has not done so. He has therefore waived his right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 7, is **ADOPTED**.

Further, it is **ORDERED** that (1) Plaintiff's claims against the Michigan Department of Health and Human Services/CPS; (2) Plaintiff's official-capacity claims against Tammy Bruno and Melissa Johnson; (3) Plaintiff's equal-protection claims against any Defendant; and (4) Plaintiff's *Franks*, false-arrest, and malicious-prosecution claims, except to the extent that these claims are premised on a civil conspiracy, are **DISMISSED**.

**This is not a final order and does not close the case.**

- 2 -

Dated: August 2, 2022                                s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge