UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JONATHAN NETTLES,

    Plaintiff.           Case No. 1:22-cv-10499

v.           Honorable Thomas L. Ludington
         United States District Judge

ERIK SKABARDIS, Sergeant,
Bridgeport Police Department,           Honorable Patricia T. Morris
         United States Magistrate Judge

    Defendant.
_____/

JONATHAN NETTLES,

    Plaintiff.           Case No. 1:22-cv-10535

v.           Honorable Thomas L. Ludington
         United States District Judge

TAMMY BRUNO,
Supervisor at Saginaw CPS/DHHS,           Honorable Patricia T. Morris
MELISSA JOHNSON,           United States Magistrate Judge
Investigator at Saginaw CPS/DHHS, and
MICHIAN DEPARTMENT OF
HEALTH AND HUMAN SERVICES/CPS,

    Defendants.
_____/

and

JONATHAN NETTLES,

    Plaintiff.           Case No. 1:22-cv-10615

v.           Honorable Thomas L. Ludington
         United States District Judge

DAVID DUFFETT,
Bridgeport Township Chief of Police,           Honorable Patricia T. Morris
         United States Magistrate Judge

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION TO CONSOLIDATE CASES AND CONSOLIDATING CASES

Within two weeks, Plaintiff Jonathan Nettles filed three cases against numerous state, county, and township officials. *See Nettles v. Skabardis*, No. 1:22-CV-10499 (E.D. Mich. filed Mar. 7, 2022); *Nettles v. Bruno*, No. 1:22-CV-10535 (E.D. Mich. filed Mar. 14, 2022); *Nettles v. Duffett*, No. 1:22-CV-10615 (E.D. Mich. filed Mar. 22, 2022). Because he filed all three cases *pro se*, they were all referred to Magistrate Judge Patricia T. Morris for screening purposes.

On August 15, 2022, Judge Morris found common questions of law and fact in all three cases such that she issued a Report and Recommendation (R&R) recommending that this Court *sua sponte* consolidate all three cases to prevent the risk of inconsistent judgments, to benefit judicial economy, and to avoid potential prejudice to the parties. *Skabardis*, No. 1:22-CV-10499, slip op. at 10 (E.D. Mich. Aug. 15, 2022), ECF No. 13; *Bruno*, No. 1:22-CV-10535, slip op. at 10 (E.D. Mich. Aug. 15, 2022), ECF No. 10; *Duffett*, No. 1:22-CV-10615, slip op. at 10 (E.D. Mich. Aug. 15, 2022), ECF No. 11.

Although the R&R states that Plaintiff may object to and seek review of the R&R within 14 days of service, he has not filed any objections. He has therefore waived his right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Report and Recommendation in Case No. 1:22-CV-10499, ECF No. 13, is **ADOPTED**.

Further, it is **ORDERED** that the Report and Recommendation in Case No. 1:22-CV-10535, ECF No. 10, is **ADOPTED**.

Further, it is **ORDERED** that the Report and Recommendation in Case No. 1:22-CV-10615, ECF No. 11, is **ADOPTED**.

- 3 -

Further, it is **ORDERED** that *Nettles v. Skabardis*, No. 1:22-CV-10499; *Nettles v. Bruno*, No. 1:22-CV-10535; and *Nettles v. Duffett*, No. 1:22-CV-10615 are **CONSOLIDATED** into Case No. 1:22-cv-10499 under Federal Rules of Civil Procedure 42(a).

Further, it is **ORDERED** that the parties are **DIRECTED** to file motions, responsive materials, and other filings under Case No. **1:22-CV-10499**.

Dated: September 2, 2022                    s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge